IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| Courtroom Deputy: | Robert R. Keech | Date: | June 15, 2007 |
| E.C.R./Reporter: | Darlene Martinez | | |

_____

Civil Action No: **07-cv-01255-WYD**         Counsel:

**DILLON COMPANIES, INC.**,                  Christopher A. Taravella
                                             Daniel A. Daurio
      Plaintiff,

v.

**SSR BROOMFIELD, LLC, et al.**,             Jay S. Jester
                                             Marcel Krzystek
      Defendants.                   Francis J. Dunn

_____

### COURTROOM MINUTES
_____

**HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

**2:45 p.m.**     Court in Session

             APPEARANCES OF COUNSEL.  Francis J. Dunn appears telephonically.

             Court's opening remarks.

             Plaintiff's Motion for Temporary Restraining Order, Declaratory Relief, and a Preliminary Injunction (#2 - 6/14/07) is raised for argument.

2:47 p.m.     Argument by Defendants (Mr. Dunn).

2:48 p.m.     Argument by Plaintiff (Mr. Taravella).

2:55 p.m.     Argument by Defendants (Mr. Jester).

2:58 p.m.     Argument by Plaintiff (Mr. Taravella).

dockets.Justia.com

Judge Wiley Y. Daniel
07-cv-01255-WYD - Courtroom Minutes

3:00 p.m.       Argument by Defendants (Mr. Jester).

3:06 p.m.       Argument by Defendants (Mr. Dunn).

3:13 p.m.       Argument by (Mr. Taravella).

**Exhibit/s 14 RECEIVED.**

**ORDERED:**   Plaintiff's Motion for Temporary Restraining Order, Declaratory Relief, and a Preliminary Injunction (#2 - 6/14/07) is **DENIED.**

**3:18 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:33**