IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01255-WYD-CBS

DILLON COMPANIES, INC.,
a Kansas corporation doing business as KING SOOPERS, INC.,

    Plaintiff,

v.

SSR BROOMFIELD, LLC,
a Delaware limited liability company;
MADISON MARQUETTE REALTY SERVICES, LLC,
a Delaware limited liability company; and
ENTRÉE VOUS, LLC,
a Kentucky limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint, Dismiss a Party, and Add Additional Parties (*doc. no. 27*) is **GRANTED**. As of the date of this order, the clerk's office is instructed to accept for filing, the amended complaint and all attachments (*doc nos. 27-2 through 27-21*) tendered to the court on August 1, 2007.

**DATED:**    August 2, 2007