IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01255-WYD-CBS

DILLON COMPANIES, INC., a Kansas corporation doing business as KING SOOPERS, INC.,

    Plaintiff,

v.

SSR BROOMFIELD, LLC, a Delaware limited liability company;
MADISON MARQUETTE REALTY SERVICES, LLC, a Delaware limited liability company; and
ENTREE VOUS, LLC, a Kentucky limited liability company,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendant Entrée Vous Franchising, LLC and Plaintiff Dillon Companies, Inc. d/b/a/ King Soopers, Inc.'s Stipulation to Convert Defendant Entrée Vous Franchising, LLC's Motion to Dismiss the Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) to a Motion for Summary Judgment, filed October 19, 2007 (docket #59).  The Court having reviewed the Stipulation, and having fully considered the grounds therein, it is hereby

ORDERED that the Stipulation to Convert filed October 19, 2007 (docket #59) is **APPROVED**. It is

FURTHER ORDERED that the Motion of Defendant Entrée Vous Franchising, LLC to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil

Procedure 12(b)(6) filed September 5, 2007 (docket # 48) is hereby converted to a motion for summary judgment.  It is

FURTHER ORDERED that if any party wishes to submit additional materials to be considered in connection with the motion for summary judgment, they shall do so by **Tuesday, November 6, 2007**.  Alternatively, Defendant may submit such material in connection with their reply brief, which is due pursuant to the deadline set forth in D.C.COLO.LCivR 7.1.C.  It is

FURTHER ORDERED that the parties shall comply with the summary judgment requirements contained in my Practice Standards.

Dated:  October 23, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge