IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01255-WYD-CBS

DILLON COMPANIES, INC., a Kansas corporation doing business as KING SOOPERS, INC.,

    Plaintiff,

v.

SSR BROOMFIELD, LLC, a Delaware limited liability company;
MADISON MARQUETTE REALTY SERVICES, LLC, a Delaware limited liability company; and
ENTREE VOUS, LLC, a Kentucky limited liability company,

    Defendants.

## ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Supplement Response to Motion of Defendant Entrée Vous Franchising, LLC to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), filed November 6, 2007 (docket #63), is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards.

    Dated: November 7, 2007