IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01255-WYD-CBS

DILLON COMPANIES, INC.,
a Kansas corporation doing business as KING SOOPERS, INC.,

    Plaintiff,

v.

SSR BROOMFIELD, LLC,
a Delaware limited liability company;
MADISON MARQUETTE REALTY SERVICES, LLC,
a Delaware limited liability company;
ADS VENTURES, LLC, d/b/a ENTRÉE VOUS,
a Colorado limited liability company, and
ENTRÉE VOUS, LLC,
a Kentucky limited liability company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Stipulated Motion for Protective Order (filed 12/21/07; *doc. no. 70*) is DENIED, without prejudice, for failure to comply with District of Colorado ECF Procedure V.L. Before refiling parties should note the following steps:

    1)    Need to file a Motion for Protective Order;
    2)    Need to attach the stipulated protective order as an *attachment* to the Motion; and
    3)    Need to email a copy of the stipulated protective order in either, Word or Word Perfect format, to Shaffer_Chambers@cod.uscourts.gov.

    Parties are directed to contact the ECF Help Desk at 303.335.2050 for further assistance.

**DATED:**    December 27, 2007