## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01255-WYD-CBS

DILLON COMPANIES, INC.
d/b/a King Soopers, Inc.,
a Kansas corporation

    Plaintiff,

v.

SSR BROOMFIELD, LLC,
a Delaware limited liability company,
MADISON MARQUETTE REALTY SERVICES, LLC
a Delaware limited liability company,
ADS VENTURES, LLC, d/b/a ENTRÉE VOUS
a Colorado limited liability company, and
ENTRÉE VOUS FRANCHISING, LLC,
a Kentucky limited liability company.

    Defendants.

## ORDER APPROVING STIPULATED PROTECTIVE ORDER

IT IS HEREBY ORDERED that the Unopposed Motion for Entry of Stipulated Protective Order (*doc. no. 74)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 74-2)* is accepted by the court.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

DATED at Denver, Colorado, this 2nd day of January, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge