IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01255-WYD-CBS

DILLON COMPANIES, INC., a Kansas corporation doing business as KING SOOPERS, INC.,

    Plaintiff,

v.

SSR BROOMFIELD, LLC, a Delaware limited liability company;
MADISON MARQUETTE REALTY SERVICES, LLC, a Delaware limited liability company; and
ENTREE VOUS, LLC, a Kentucky limited liability company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT having reviewed the parties' Stipulation for Dismissal with Prejudice, the file, and being otherwise advised in the premises, it is hereby:

ORDERED that Dillon Companies, Inc. d/b/a Kings Soopers, Inc. v. SSR Broomfield, LLC, Madison Marquette Realty Services, LLC, ADS Ventures, LLC d/b/a Entrée Vous and Entrée Vous Franchising, LLC, Civil Action No. 07-cv-01255-WYD-CBS (the "Litigation") in its entirety, including all claims and counterclaims between and among the parties, with each party to bear its own costs and fees, and with all rights of appeal waived, be **DISMISSED WITH PREJUDICE.**

Dated: March 24, 2008

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
U. S. DISTRICT JUDGE